USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/4/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELLEN ELIZABETH TARR, on behalf of herself and all others similarly situated,

Plaintiff,

-against-

Marisa Haskell, Inc.,

Defendant.

23 Civ. 8804 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Dated: November 4, 2026
New York, New York

ANALISA TORRES
United States District Judge